IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG AND BEVERLY LALOUP | : | |
|                       Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO. 13-7124 |
| UNITED STATES DEPT. OF DEFENSE, ET AL. | : | |
|                       Defendants | : | |

## AFFIDAVIT OF SERVICE

I, Aaron J. Freiwald, Esquire, attorney for plaintiffs in the above matter, being duly sworn, deposes and says as follows:

1. On December 18, 2013, a copy of the Complaint, Amended Complaint and Summons were forwarded to The Hellenic Republic, via certified mail, return receipt requested addressed to c/o Embassy of Greece, 2217 Massachusetts Ave NW, Washington, DC 20008 . (A copy of the cover letter is attached as Exhibit "A.")

2. My office has received a signed receipt confirming service of the Complaint, Amended Complaint and Summons on December 23, 2013, a copy of which is attached hereto as Exhibit "B."

3. All of the above is true and correct to the best of my knowledge, information and belief.

                                    **LAYSER & FREIWALD, P.C.**

By: /s/ Aaron J. Freiwald
AARON J. FREIWALD, ESQUIRE
Attorney for Plaintiffs

DATED: January 3, 2014