IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG LALOUP, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, et al. | : | NO. 13-7124 |

ORDER

AND NOW, this 10th day of July, 2014, upon consideration of the motion to dismiss filed by the United States Department of Defense, the United States Department of the Navy, and the United States of America (collectively, "the federal defendants") (docket entry # 18); the motion to dismiss filed by the Hellenic Republic (docket entry # 19); the plaintiffs' response in opposition to both of those motions; the federal defendants' reply thereto, and the Hellenic Republic's reply, and based on the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

1.   The federal defendants' motion to dismiss (docket entry # 18) is GRANTED IN PART and DENIED IN PART, as follows:

   a.   With respect to Counts I and II, the motion is GRANTED;

   b.   With respect to Count III, the motion is DENIED;

   c.   All claims against defendants United States Department of Defense and United States Department of the Navy are DISMISSED;

2.   The Hellenic Republic's motion to dismiss (docket entry # 19) is GRANTED;

3.   The claims against the Hellenic Republic and Evangelismos General Hospital in Athens are DISMISSED;

        4.       By noon on August 8, 2014, the United States shall ANSWER Count III of the plaintiffs' complaint; and

        5.       The parties shall CONVENE for a Rule 16 conference in Chambers (Room 15613) at 9:30 a.m. on August 11, 2014.

        BY THE COURT:


        _/s/ Stewart Dalzell, J._
        Stewart Dalzell, J.