IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG LALOUP, et al. | : | CIVIL ACTION |
| v. | : | |
| UNITED STATES OF AMERICA | : | NO. 13-7124 |

ORDER

AND NOW, this 20th day of March, 2015, upon consideration of plaintiffs Craig and Beverly LaLoup's motion for partial summary judgment (docket entry #38), the Government's motion to dismiss, or, in the alternative, motion for summary judgment (docket entry #41), the LaLoups' response in opposition thereto, the Government's reply, the LaLoups' motion to strike and sur-reply (docket entry #46), and the Government's response in opposition thereto, and for the reasons set forth in our Memorandum issued on this day in this case, it is hereby ORDERED that:

1. The LaLoups' motion for partial summary judgment (docket entry #38) is DENIED;

2. The Government's motion to dismiss, or, in the alternative, motion for summary judgment (docket entry #41) is GRANTED;

3. The Clerk of Court shall DOCKET the LaLoups' sur-reply;

4. The LaLoups' motion to strike (docket entry #46) is DENIED; and

5. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.